# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

LORRAINE CHADWELL, as Personal                                      PLAINTIFF
Representative of the Estate of Thomas J. Dazey

v.                          NO. 3:17CV00130 JLH

LONE STAR RAILROAD CONTRACTORS, INC.;
WELLS FARGO RAIL CORPORATION;
BNSF RAILWAY COMPANY; and
JOHN DOE CORPORATIONS I and II                              DEFENDANTS

## ORDER

       Without objection, the plaintiff's motion to dismiss the complaint is GRANTED. Document #38. This action is hereby dismissed without prejudice.

       IT IS SO ORDERED this 31st day of October, 2017.

                                                         _____
                                                         J. LEON HOLMES
                                                         UNITED STATES DISTRICT JUDGE